GRANT *against* ROOT and HOBBIE.

A judgment of this court is perfect after 4 days from the time of entering a rule for judgment, tho' the record be not filed.

After this, a commissioner has not the power to order a stay of proceedings, with a view to a motion for a new trial;

But where the practice, on this head, was mistaken by the attorney, the court set aside the proceedings, and granted liberty to move for a new trial, on payment of costs.

THE defendants having obtained a verdict, entered their rule for judgment, and, after the lapse of four days thereafter, taxed their costs; and then, before the record was filed, the plaintiff obtained an order to stay proceedings, from the Recorder of *Albany*, with a view to move for a new trial, on account of newly discovered evidence; and on a motion by *C. H. Ruggles*, which was opposed by *J. Sudam*, one question was, whether this order was regular; and

SUTHERLAND, J. said, the judgment was perfect after 4 days, though the record was not filed; so that no order could be granted by a single Judge, or commissioner; to which the other Justices agreed; but,

*Per Curiam.* As here has been a misapprehension of the practice, by the plaintiff's attorney, and he has proceeded in good faith, and as there is probable cause for a new trial, we set aside the defendants' proceedings, on payment of costs, and let the plaintiff in to move for a new trial, in the same manner as if he had proceeded regularly, for that purpose, in the first instance.

Rule accordingly.